CITIZENS' SAVINGS BANK OF STAMFORD, Appellant, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Respondent.

*Citizens' Savings Bank* v. *Mayor, etc., of New York,* 37 App. Div. 560, affirmed.

(Argued February 13, 1901; decided March 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 23, 1899, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*Charles F. Brown, Silas B. Brownell* and *John O. Heald* for appellant.

*John Whalen,* Corporation Counsel (*George S. Coleman* and *James M. Ward.* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.